

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2015

No. 04-14-00769-CV

**IN THE INTEREST OF G.C.D**., a child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00697
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of an order terminating the parental rights of each parent, the child's mother and father filed separate notices of appeal and separate briefs. The mother's brief was filed first; the father's brief was filed on January 13, 2015. The State's brief is due on February 2, 2015. *See* TEX. R. APP. P. 38.6(b).

On January 20, 2015, the State filed a first motion for an extension of time to file its brief until February 9, 2015.

The State's motion is GRANTED. *See id.* R. 38.6(d). The State must file its brief with this court by February 9, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2015.

_____
Keith E. Hottle
Clerk of Court